UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CITIBANK, N.A., AS TRUSTEE ON BEHALF OF
THE HOLDERS OF PKHL COMMERCIAL
MORTGAGE TRUST 2021-MF, COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2021-MF, ACTING BY AND THROUGH ITS
SPECIAL SERVICER, CWCAPITAL ASSET
MANAGEMENT LLC,

*Plaintiff*,

-against-

88TH AVENUE OWNER LLC; 89TH AVENUE
OWNER LLC; MEYER CHETRIT; APM SERVICES
GROUP CORP.; LIVE LION SECURITY LLC; ADD
MECHANICAL INC.; ROCK ENVIRO LLC; FNA
ENGINEERING SERVICES PC; BLONDIE'S
TREEHOUSE, INC.; OZ STEEL INC.; 20/20
INSPECTIONS INC.; FRONTLINE
INTERNATIONAL LLC; EMPIRE PUMP & MOTOR
NY LLC, ENER-CON TECHNICAL SERVICES
CORP.; INTEREBAR FABRICATORS, LLC; THE
CITY OF NEW YORK ENVIRONMENTAL
CONTROL BOARD; AND NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,

*Defendants*.

---

Civil Action No.:
1:24-cv-03730-LDH-VMS

**VERIFIED ANSWER WITH
AFFIRMATIVE DEFENSES**

---

Defendant ADD MECHANICAL INC., (hereinafter as "Defendant ADD"), by and through their attorneys, THE PAUL ZILBERFEIN LAW FIRM, as and for their Answer to Plaintiffs Complaint (hereinafter as "Complaint"), allege the following upon information and belief:

## PARTIES

1.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "1" of the Complaint.

2.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "2" of the Complaint.

3.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "3" of the Complaint.

4.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "4" of the Complaint.

5.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "5" of the Complaint.

6.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "6" of the Complaint.

7.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "7" of the Complaint.

8.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "8" of the Complaint.

9.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "9" of the Complaint.

10.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "10" of the Complaint.

11.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "11" of the Complaint and refers all questions of law to the Honorable Court.

12.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "12" of the Complaint.

13.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "13" of the Complaint.

14.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "14" of the Complaint.

15.     Admits the allegations contained in the paragraph numbered "15" of the Complaint

16.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "16" of the Complaint.

17.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "17" of the Complaint.

18.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "18" of the Complaint.

19.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "19" of the Complaint.

20.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "20" of the Complaint.

21.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "21" of the Complaint.

22.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "22" of the Complaint.

23.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "23" of the Complaint.

24.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "24" of the Complaint.

25.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "25" of the Complaint.

26.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "26" of the Complaint.

## JURISDICTION AND VENUE

27.    Denies each and every allegation contained in the paragraph numbered "27" of the Complaint and refers all questions of law to the Honorable Court.

28.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "28" of the Complaint and refers all questions of law to the Honorable Court.

29.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "29" of the Complaint and refers all questions of law to the Honorable Court.

30.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "30" of the Complaint and refers all questions of law to the Honorable Court.

31.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "31" of the Complaint and refers all questions of law to the Honorable Court.

32.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "32" of the Complaint and refers all questions of law to the Honorable Court.

33.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "33" of the Complaint and refers all questions of law to the Honorable Court.

34.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "34" of the Complaint and refers all questions of law to the Honorable Court.

35.     Regarding the allegations contained in paragraph numbered "35" of the Complaint, Defendant ADD admits that it is a citizen of the State of New York but refers all questions of law to the Honorable Court.

36.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "64" of the Complaint and refers all questions of law to the Honorable Court.

37.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "37" of the Complaint and refers all questions of law to the Honorable Court.

38.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "38" of the Complaint and refers all questions of law to the Honorable Court.

39.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "39" of the Complaint and refers all questions of law to the Honorable Court.

40.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "40" of the Complaint and refers all questions of law to the Honorable Court.

41.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "41" of the Complaint and refers all questions of law to the Honorable Court.

42.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "42" of the Complaint and refers all questions of law to the Honorable Court.

43.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "43" of the Complaint and refers all questions of law to the Honorable Court.

44.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "44" of the Complaint and refers all questions of law to the Honorable Court.

45.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "45" of the Complaint and refers all questions of law to the Honorable Court.

46.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "46" of the Complaint and refers all questions of law to the Honorable Court.

47.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "47" of the Complaint and refers all questions of law to the Honorable Court.

## **FACTS**

48. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "48" of the Complaint.

49. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "49" of the Complaint.

50. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "50" of the Complaint.

51. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "51" of the Complaint.

52. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "52" of the Complaint.

53. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "53" of the Complaint.

54. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "54" of the Complaint.

55. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "55" of the Complaint.

56. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "56" of the Complaint.

57. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "57" of the Complaint.

58. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "58" of the Complaint.

59.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "59" of the Complaint.

60.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "60" of the Complaint.

61.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "61" of the Complaint.

62.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "62" of the Complaint.

63.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "63" of the Complaint.

64.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "64" of the Complaint.

65.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "65" of the Complaint.

66.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "66" of the Complaint and refers all questions of law to the Honorable Court.

67.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "67" of the Complaint.

68.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "68" of the Complaint.

69.   Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "69" of the Complaint.

70.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "70" of the Complaint.

71.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "71" of the Complaint.

72.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "72" of the Complaint.

73.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "73" of the Complaint.

74.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "74" of the Complaint.

75.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "75" of the Complaint.

76.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "76" of the Complaint.

77.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "77" of the Complaint.

78.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "78" of the Complaint.

79.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "79" of the Complaint.

80.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "80" of the Complaint.

81.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "81" of the Complaint.

82.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "82" of the Complaint.

83.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "83" of the Complaint.

84.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "84" of the Complaint.

85.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "85" of the Complaint.

86.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "86" of the Complaint.

87.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "87" of the Complaint.

88.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "88" of the Complaint.

89.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "89" of the Complaint.

90.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "90" of the Complaint.

91.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "91" of the Complaint.

92.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "92" of the Complaint.

93.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "93" of the Complaint.

94.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "94" of the Complaint.

95.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "95" of the Complaint.

96.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "96" of the Complaint.

97.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "97" of the Complaint.

98.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "98" of the Complaint.

99.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "99" of the Complaint.

100.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "100" of the Complaint.

101.    Admits the allegations contained in the paragraph numbered "101" of the Complaint as to the Mechanics' Leins of Defendant ADD,  and denies knowledge or information sufficient to form a belief as to the allegations as they relate to the Mechanics' Leins of the other defendants.

102.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "102" of the Complaint.

103.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "103" of the Complaint.

104.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "104" of the Complaint.

105.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "105" of the Complaint.

106.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "106" of the Complaint.

107.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "107" of the Complaint.

108.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "108" of the Complaint.

109.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "109" of the Complaint.

110.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "110" of the Complaint.

111.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "111" of the Complaint.

112.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "112" of the Complaint.

113.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "113" of the Complaint.

114.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "114" of the Complaint.

115.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "115" of the Complaint.

116.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "116" of the Complaint.

117.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "117" of the Complaint.

## FIRST CAUSE OF ACTION
### (Foreclosure of the Mortgage Against all Defendants)

118.  In response to paragraph "118" of the Complaint, Defendant ADD repeats, reiterates, and reaffirms all answers to paragraphs "1" through "117" as if completely restated herein.

119.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "119" of the Complaint.

120.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "120" of the Complaint.

121.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "121" of the Complaint.

122.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "122" of the Complaint.

123.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "123" of the Complaint.

124.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "124" of the Complaint and refers all questions of law to the Honorable Court.

125.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "125" of the Complaint and refers all questions of law to the Honorable Court.

126.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "126" of the Complaint.

127.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "127" of the Complaint.

128.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "128" of the Complaint.

129.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "129" of the Complaint.

130.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "130" of the Complaint.

131.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "131" of the Complaint and refers all questions of law to the Honorable Court.

132.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "132" of the Complaint and refers all questions of law to the Honorable Court.

133.  State that the allegations contained in paragraph numbered "133" of the Complaint are requests for relief as to which no response is required.

## SECOND CAUSE OF ACTION
### (Full Recourse Against Guarantor)

134. In response to paragraph "134" of the Complaint, Defendant ADD repeats, reiterates, and reaffirms all answers to paragraphs "1" through "133" as if completely restated herein.

135.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "135" of the Complaint and refers all questions of law to the Honorable Court.

136.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "136" of the Complaint.

137.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "137" of the Complaint and refers all questions of law to the Honorable Court.

138.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "138" of the Complaint.

139.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "139" of the Complaint.

140.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "140" of the Complaint.

141.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "141" of the Complaint.

142.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "142" of the Complaint.

143.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "143" of the Complaint.

144.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "144" of the Complaint.

145.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "145" of the Complaint.

146.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "146" of the Complaint.

147.  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph numbered "147" of the Complaint.

## **AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

148.  The Complaint fails to state a claim against Defendant ADD upon which relief can be granted.

## **AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

149.  Any judgment entered herein should provide that all Defendant ADD Mechanics' Liens upon the subject property must be paid from the any surplus proceeds of any sale after the payment of the debt owed to Plaintiff(s).

**WHEREFORE,** Defendant ADD requests judgment dismissing the Complaint and Denying all relief requested therein together with such other and further relief as the Court deems just and proper.

Dated:  White Plains, New York
        July 19, 2024

**THE PAUL ZILBERFEIN LAW FIRM**

By:_____
Paul S. Zilberfein, Esq. (PZ 7462)
*Attorney for Defendant*
*ADD MECHANICAL INC.*
470 Mamaroneck Avenue, Suite 409
White Plains, NY 10605
914-295-0110
paul@zilberfeinlaw.com