UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITIBANK, N.A., AS TRUSTEE ON BEHALF OF
THE HOLDERS OF PKHL COMMERCIAL
MORTGAGE TRUST 2021-MF, COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2021-MF, ACTING BY AND THROUGH ITS
SPECIAL SERVICER, CWCAPITAL ASSET
MANAGEMENT LLC,

                                Plaintiff,

          v.

88TH AVENUE OWNER LLC; 89TH AVENUE
OWNER LLC; MEYER CHETRIT; APM SERVICES
GROUP CORP.; LIVE LION SECURITY LLC; ADD
MECHANICAL INC.; ROCK ENVIRO LLC; FNA
ENGINEERING SERVICES PC; BLONDIE'S
TREEHOUSE, INC.; OZ STEEL INC.; 20/20
INSPECTIONS INC.; FRONTLINE
INTERNATIONAL LLC; EMPIRE PUMP & MOTOR
NY LLC; ENER-CON TECHNICAL SERVICES
CORP.; INTEREBAR FABRICATORS, LLC; THE
CITY OF NEW YORK ENVIRONMENTAL
CONTROL BOARD; and NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,

                              Defendants
-----------------------------------------------------------------X

Civil Case No.
1:24-CV-03730-LDH-VMS

NOTICE OF MOTION
TO WITHDRAW AS
COUNSEL FOR
DEFENDANT ENER-CON
TECHNICAL SERVICES
CORP.

       PLEASE TAKE NOTICE, that upon the affidavit of Joseph P. Asselta, Esq., sworn to on February 3, 2025, and upon all the pleadings and proceedings heretofore had herein, the law firm of Forchelli Deegan Terrana LLP ("FDT"), located at 333 Earle Ovington Blvd., Uniondale, NY 11553, shall move this Court, before Magistrate Judge Vera M. Scanlon, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, 1214 South, Brookyln, NY, Courtroom 13A-South Wing, on February 25, 2025, at 10:00AM, for an order, pursuant to

FRCP §6(c)(1) and Local Civil Rule 1.4 for the EDNY, for an order permitting FDT to withdraw from representing defendant, Ener-Con Technical Services Corp., in this action.

PLEASE TAKE FURTHER NOTICE, that pursuant to FRCP §6(c)(2), any opposing affidavit(s) must be served at least seven (7) days before the return date, unless the Court permits service at another time.

Dated: Uniondale, New York
February 3, 2025

_____
Parshhueram T. Misir, Esq.
FORCHELLI DEEGAN TERRANA LLP
Attorneys for Defendant,
Ener-Con Technical Services Corp.
333 Earle Ovington Boulevard, 10th Fl.
Uniondale, NY 11553
(516) 248-1700
pmisir@forchellilaw.com

TO: All Parties (Via ECF)

Ener-Con Technical Services Corp.
1233 McDonald Avenue
Brooklyn, NY 11230
(Via E-Mail and Federal Express)