VENABLE LLP
750 E. PRATT STREET SUITE 900 BALTIMORE, MD 21202
T 410.244.7400 F 410.244.7742 www.Venable.com

**Direct Dial 410.244.7434**
hdfoley@venable.com

January 20, 2026

**VIA ECF**
The Honorable Vera M. Scanlon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re: *Citibank, N.A., as Trustee v. 88th Avenue Owner LLC, et al.*;
Case No. 1:24-cv-03730-LDH-VMS (the "***Action***")

Dear Judge Scanlon:

The undersigned represents Plaintiff Citibank, N.A., as Trustee on behalf of the Holders of PKHL Commercial Mortgage Trust 2021-MF, Commercial Mortgage Pass-Through Certificates, Series 2021-MF ("***Plaintiff***" or the "***Lender***") in the above-referenced Action. In accordance with Your Honor's text Order dated January 12, 2026, please accept this as the parties' joint letter regarding the status of the discovery disputes raised in Plaintiff's letter motion dated May 19, 2025 [Doc. 104] (the "***Motion***").

Although Defendants 88th Avenue Owner LLC, 89th Avenue Owner LLC and Meyer Chetrit (collectively, the "***Borrower Defendants***") provided supplemental written discovery responses in connection with their response to the Motion [Doc. 105], which addressed many of the deficiencies noted in Plaintiff's Motion, they never re-produced their responsive documents in a usable format. Based, however, on (i) the Court's intervening ruling on September 30, 2025 [Doc. 112] granting Plaintiff's motion to dismiss the Borrower Defendants' counterclaims [*see* Docs. 85 through 85-4, 89 through 89-4, and 90]; (ii) the close of all discovery on October 30, 2025, pursuant to the Court's May 5, 2025 text Order; and (iii) the parties' pre-summary judgment submissions on November 20, 2025 [Docs. 116, 117 and 118] and December 17, 2025 [Docs. 121 and 122], Plaintiff's position is that the deficiencies that exist with respect to the Borrower Defendants' document production are now moot. Nevertheless, to the extent that any discovery disputes remain unresolved, Plaintiff hereby withdraws the same.[1]

Respectfully,

*/s/ Heather Deans Foley*

Heather Deans Foley

cc: All Counsel of Record (*via ECF*)

[1] Plaintiff's letter motion seeking to strike Defendant Ener-Con Technical Services Corp.'s answer has, however, been pending since June 13, 2025 [Doc. 106].