**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF PKHL COMMERCIAL MORTGAGE TRUST 2021-MF, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2021-MF, ACTING BY AND THROUGH ITS SPECIAL SERVICER, CWCAPITAL ASSET MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>88TH AVENUE OWNER LLC; 89TH AVENUE OWNER LLC; MEYER CHETRIT; APM SERVICES GROUP CORP.; LIVE LION SECURITY LLC; ADD MECHANICAL INC.; ROCK ENVIRO LLC; FNA ENGINEERING SERVICES PC; BLONDIE'S TREEHOUSE, INC.; OZ STEEL INC.; 20/20 INSPECTIONS INC.; FRONTLINE INTERNATIONAL LLC; EMPIRE PUMP & MOTOR NY LLC, ENER-CON TECHNICAL SERVICES CORP.; INTEREBAR FABRICATORS, LLC; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,<br><br>Defendants. | Civil Case No. 24-cv-03730 (LDH/VMS)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO APPOINT SPECIAL MASTER OR REFEREE**

**NOTICE IS HEREBY GIVEN** that, upon (i) the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and Motion to Appoint Special Master or Referee dated May 1, 2026; (ii) Plaintiff's Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment dated November 20, 2025 [Doc. 116-1]; (iii) the Declaration of Alex Killick in Support of Plaintiff's Motion for Summary Judgment, sworn to on November 20, 2025, and the exhibits annexed thereto [Docs. 117 through 117-16]; (iv) the Declaration of Heather

Deans Foley in Support of Plaintiff's Motion for Summary Judgment, sworn to on November 20, 2025, and the exhibits annexed thereto [Docs. 118 through 118-15]; and (vi) all the papers and proceedings heretofore had herein, the undersigned counsel, on behalf of Plaintiff Citibank, N.A., as Trustee on behalf of the Holders of PKHL Commercial Mortgage Trust 2021-MF, Commercial Mortgage Pass-Through Certificates, Series 2021-MF ("**Plaintiff**") will move this Court, before the Honorable LaShann DeArcy Hall, at the United States District Court for the New York Eastern District, 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order granting summary judgment in favor of the Plaintiff, pursuant to Fed. R. Civ. P. 56, that will (i) enter a foreclosure judgment and an order of sale in favor of Plaintiff and against all Defendants on the Complaint's First Cause of Action for Foreclosure of the Mortgage; (ii) enter summary judgment in favor of Plaintiff as to liability on the Complaint's Second Cause of Action for Full Recourse Against Guarantor against Defendant Meyer Chetrit with final judgment to be issued upon determination of a deficiency pursuant to N.Y. R.P.A.P.L. § 1371; (iii) award Plaintiff its fees, costs and expenses; (iv) appoint a Special Master or Referee to compute the amount due to Plaintiff under the Loan Documents; and (v) grant such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, Pursuant to the Order of this Court entered on April 17, 2026, opposition papers, if any, shall be served on or before May 15, 2026, and reply papers shall be served on or before May 22, 2026.

**PLEASE ALSO TAKE NOTICE** that, Pursuant to the Order of this Court entered on April 17, 2026, and Judge Hall's Individual Practices Rule III.B.2, the Plaintiff will file the motion and related memoranda of law once the motion is fully briefed and in accordance with the Court's briefing schedule.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
May 1, 2026

VENABLE LLP

*/s/ Heather Deans Foley*

Gregory A. Cross (admitted *pro hac vice*)
Heather Deans Foley (admitted *pro hac vice*)
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Fax: (410) 244-7742
gacross@venable.com
hdfoley@venable.com

-and-

Adam G. Possidente
151 W. 42nd Street, 49th Floor
New York, New York 10036
Telephone: (212) 307-5500
Fax: (212) 307-5598
agpossidente@venable.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I served a copy of the foregoing (i) Notice of Plaintiff's Motion for Summary Judgment and Motion to Appoint Special Master or Referee, together with the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and Motion to Appoint Special Master or Referee, each dated May 1, 2026; (ii) Plaintiff's Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment dated November 20, 2025 [Doc. 116-1]; (iii) the Declaration of Alex Killick in Support of Plaintiff's Motion for Summary Judgment, sworn to on November 20, 2025, and the exhibits annexed thereto [Docs. 117 through 117-16]; and (iv) the Declaration of Heather Deans Foley in Support of Plaintiff's Motion for Summary Judgment, sworn to on November 20, 2025, and the exhibits annexed thereto [Docs. 118 through 118-15] on the following via electronic delivery:

Leo Jacobs
Adam B. Sherman
Jacobs P.C.
717 Fifth Avenue, 26th Floor
New York, New York 10022
Leo@jacobspc.com
adam@jacobspc.com
*Counsel for 88th Avenue Owner LLC,*
*89th Avenue Owner LLC and Meyer Chetrit*

Paul S. Zilberfein
The Paul S. Zilberfein Law Firm
470 Mamaroneck Avenue, Suite 409
White Plains, New York 10605
paul@zilberfeinlaw.com
*Counsel for ADD Mechanical Inc.*

Ian Sully Henderson
Torgan Cooper & Aaron, P.C.
17 State Street, 39th Floor
New York, New York 10004
ian@hlawny.com
*Counsel for Blondie's Treehouse, Inc.*

Rocco Antonio Cavaliere
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, New York 10018
rcavaliere@tarterkrinsky.com
*Counsel for 20/20 Inspections Inc.*

*/s/ Heather Deans Foley*
Heather Deans Foley