McCarter & English

Timothy W. Salter
Special Counsel

T. 212-609-6886
F. 212-935-5491

tsalter@mccarter.com

McCarter & English, LLP

250 W. 55th Street, 13th Floor
New York, NY 10019-7475

www.mccarter.com

June 11, 2026

**Via CM/ECF**
Hon. Vera M. Scanlon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Citibank, N.A. as Trustee v. 88th Avenue Owner LLC et al.*
Case No. 1:24-cv-03730-LDH-VMS (the "Action")

Your Honor:

This firm is counsel to Brenton Hutchinson ("Receiver"), the court-appointed receiver of the subject real property commonly known as 152-01 88th Avenue and 150-13 89th Avenue (a/k/a 152-11 89th Avenue a/k/a 150-13 88th Avenue), Jamaica, New York. We write in furtherance of the Receiver's motion (the "Motion") for an order: (1) terminating the July 1, 2019 Property Management Agreement by and between 150-13 89th LLC and Plaza Management USA Inc.; and (2) approving the Receiver's appointment of Twin Pines Management LLC as the property manager. Following the telephonic hearing on May 21, 2026, the Receiver submits the *enclosed* revised proposed order granting the Motion. Kindly note that the Motion initially sought an order terminating the existing property manager as of May 31, 2026; however, due to the passage of time, the Receiver respectfully requests that the existing manager remain in place until July 31, 2026, with the new property manager's term to begin as of August 1, 2026. We ask that the court enter the enclosed order.

Respectfully submitted,

s/Timothy Wm. Salter
Timothy W. Salter
McCarter & English, LLP
Attorneys for the Receiver

Enclosure

CC: All Counsel of Record
**VIA CM/ECF**